COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | William Bush and Mari Marc S.A. de C.V. v. Cardtronics, Inc. and Cardtronics S.A. de C.V. |
| Appellate case number: | 01-12-00708-CV |
| Trial court case number: | 1031459 |
| Trial court: | 281st District Court of Harris County |

Appellant William Bush, proceeding pro se, has filed a brief signed by himself only, purporting to be on behalf of himself and on behalf of appellant Mari Marc, S.A. de C.V. Bush asserts in the brief that Mari Marc, S.A. de C.V. is a Mexican corporation.

Texas courts have consistently held that a non-attorney may not appear pro se on behalf of a corporation. *Corona v. Pilgrim's Pride Corp.*, 245 S.W.3d 75, 79 (Tex. App.—Texarkana 2008, pet. denied); *see Kunstoplast of Am., Inc. v. Formosa Plastics Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996). A corporation may be represented only by a licensed attorney in the prosecution of its appeal. *See Moore v. Elektro-Mobil Technik GmbH*, 874 S.W.2d 324, 327 (Tex. App.—El Paso 1994, writ denied).

Accordingly, if it desires to prosecute its appeal, Mari Marc, S.A. de C.V. must retain licensed counsel to represent it. Any attorney retained to represent Mari Marc, S.A. de C.V. in this appeal must make an appearance by filing a notice of representation with the Clerk of this Court by January 4, 2013. If such notice of representation is not filed, Mari Marc, S.A. de C.V.'s appeal will be dismissed. *See* TEX. R. APP. P. 42.3(b), (c); *see also MHL Homebuilder LLC v. Dabal/Graphic Resource*, No. 14–05–00295–CV, 2005 WL 1404475 (Tex. App.—Houston [14th Dist.] June 16, 2005, no pet.) (mem. op.).

In addition, **appellants' brief filed on November 21, 2012 is stricken**. Appellant William Bush may file an amended appellant's brief acting pro se on behalf of himself only. An amended briefing schedule will be set once it is determined whether Mari Marc, S.A. de C.V. will be retaining counsel to represent it in this appeal or whether its appeal will be dismissed.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
☑ Acting individually   ☐ Acting for the Court

Date: December 13, 2012